**Not for publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

No. 03-2188

FRIEDRICH LU,

Plaintiff, Appellant,

v.

WILLARD J. BOULTER III, ET AL.,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Reginald C. Lindsay, U.S. District Judge]

Before

Boudin, Chief Judge,
Selya and Lipez, Circuit Judges.

Friedrich Lu on brief pro se.
Daryl J. Lapp, with whom Daniel G. Cromack and Palmer and
Dodge were on brief for the appellees.

March 9, 2004

**Per Curiam**.  After a thorough review of the record and of the parties' submissions, we affirm.  The district court did not abuse its discretion when it dismissed this case pursuant to Fed. R. Civ. P. 41(b).  Appellant refused to comply with the Federal Rules of Civil Procedure, the Local Rules, and the orders of two district judges.  Under these circumstances, the district court was well within its discretion to impose a monetary sanction on appellant, and then to dismiss the case when appellant refused to pay the sanction.

Appellant's "Informative Motion and Suggestion of Recusal," which we treat as a motion to reconsider the court's order dated November 21, 2003, is denied.

Affirmed.  See 1st Cir. R. 27(c).